SEALED

FILED
OCT 11 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:12 CR 00344 LJO SKO |
| Plaintiff, | ORDER SEALING INDICTMENT PURSUANT TO RULE 6(E) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |
| v. | |
| MIGUEL ANGEL LEONTAPIA; EDUARDO ZAZUETA GARCIA; ARMANDO MENDOZA; GILBERTO CHAVEZ LEON; AND GUILLERMO PAREDES JR., | **UNDER SEAL** |
| Defendants. | |

IT IS HEREBY ORDERED THAT for reasons stated in the government's sealing application, the indictment in this matter, the related sealing application, and this sealing order shall be SEALED in the interest of justice until further order of the court. IT IS FURTHER ORDERED THAT the government may provide defense counsel a copy of the sealed Indictment redacted as the government deems appropriate.

Dated: October 11, 2012

_____
HON. GARY A. AUSTIN
U.S. Magistrate Judge