BENJAMIN B. WAGNER
United States Attorney
YASIN MOHAMMAD
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare St.
Fresno, CA  93721
(559) 497-4000

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MIGUEL ANGEL LEONTAPIA;<br>EDUARDO ZAZUETA GARCIA;<br>ARMANDO MENDOZA;<br>GILBERTO CHAVEZ LEON; AND<br>GUILLERMO PAREDES, JR.,<br><br>　　　　Defendants. | CASE NO.  1:12-CR-344-LJO-SKO<br><br>**EX PARTE APPLICATION AND<br>ORDER TO UNSEAL INDICTMENT** |

　　　　The United States of America hereby applies for an order unsealing the indictment in the above-captioned case as two of the defendants have been apprehended and will be appearing for arraignment.

　　　　　　　　　　　　　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

DATED: November 1, 2012　　　　　　　　By:　　/s/ Yasin Mohammad
　　　　　　　　　　　　　　　　　　　　　　　　YASIN MOHAMMAD
　　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

1

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-344-LJO-SKO |
| Plaintiff, | **[PROPOSED] ORDER UNSEALING INDICTMENT** |
| v. | |
| MIGUEL ANGEL LEONTAPIA; EDUARDO ZAZUETA GARCIA; ARMANDO MENDOZA; GILBERTO CHAVEZ LEON; AND GUILLERMO PAREDES, JR., | |
| Defendants. | |

IT IS HEREBY ORDERED THAT the indictment in the above-captioned case be UNSEALED.

IT IS SO ORDERED.

Dated:   **November 1, 2012**         /s/ Dennis L. Beck
                                    UNITED STATES MAGISTRATE JUDGE