IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1-12-cr-344-LJO |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| MIGUEL ANGEL LEON-TAPIA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter comes before the court on defendant's unopposed motion to continue the sentencing of defendant, presently set on March 2, 2015, to another date and time.  Noting the grounds set forth in the motion, and no opposition to its grant, the Court finds good cause to continue the sentencing hearing to March 16, 2015 at 11:00 a.m.


IT IS SO ORDERED.

   Dated:  __February 26, 2015__         ____/s/ Lawrence J. O'Neill__
                                        UNITED STATES DISTRICT JUDGE