IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>MIGUEL ANGEL LEON TAPIA,<br><br>                    Defendant. | CASE NO.  1:12-CR-344 LJO<br><br>ORDER DENYING DEFENDANT'S MOTION PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2) |

The defendant has filed a motion under 18 U.S.C. § 3582(c)(2), seeking a reduction in his sentence on the basis of Amendment 782 to the Sentencing Guidelines which revised the Drug Quantity Table in USSG § 2D1.1 and reduced by two levels the offense level applicable to many drug trafficking offenses.  The Government has opposed the motion on the basis that the defendant is not eligible for a reduction under U.S.S.G. § 1B1.10 because the defendant was sentenced on March 15, 2015 pursuant to the November 1, 2014 version of the Sentencing Guidelines which incorporated the changes made by Amendment 782.  The Court hereby denies the motion.

Section 3582(c)(2) authorizes district courts to modify an imposed sentence "in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission." *United States v. Dunn*, 728 F.3d 1151, 1155 (9th Cir. 2013).  Effective November 1, 2014, the Commission promulgated Amendment 782, which generally revised the Drug Quantity Table and chemical quantity tables across drug and chemical

types.  In addition, the Amendment was made retroactive to individuals sentenced before its effective date.  However, the defendant was sentenced after the effective date of the amendment and pursuant to the amended guideline.  Therefore, neither Title 18, United States Code, Section 3582(c)(2) or U.S.S.G. § 1B1.10 can to a defendant who received the benefit of the amendment.

The defendant's motion pursuant to Section 3582 is hereby denied.

IT IS SO ORDERED.

Dated:   **June 10, 2015**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE